In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00085-CV**

_____


**IN RE BARSH AUTO, LLC**

_____

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 19-09-12264-CV**

_____


**ORDER**

Barsh Auto, LLC, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is an intervenor in Trial Cause Number 19-09-12264-CV, *Charles Rutland, et al. v. Britton Grissom*. Relator seeks a writ compelling the Honorable Kristin Bays, Judge of the 284th District Court of Montgomery County, Texas, to vacate a February 5, 2021 order granting the Defendant's Motion to Exclude Undisclosed Evidence of Damages. *See* Tex. Gov't Code Ann. § 22.221.

1

Additionally, Relator asks the Court to stay an impending hearing in the trial court that has been scheduled on the Defendant's Motion to Dismiss for Want of Prosecution before ruling on Relator's petition. The Court finds temporary relief is necessary to prevent undue prejudice. We ORDER the hearing in Trial Cause Number 19-09-12264-CV on the Defendant's Motion to Dismiss Relator's claims for want of prosecution STAYED pending the outcome of this Court's ruling on Relator's petition seeking a writ to require the trial court to withdraw the ruling it made granting Defendant's Motion to Exclude. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition for the relief we have granted by this Order.

We note, however, that Relator's petition refers to motions and to a hearing not yet filed as an appendix in this Court. It appears this information should be included in Relator's appendix. *See* Tex. R. App. P. 52.3(k). The Court directs Relator to file a supplemental appendix, which includes sworn copies of the docket sheet and all documents it refers to in its Petition that it claims are material to its argument claiming this Court should grant relief from the trial court's order. Relator's appendix should include an authenticated transcript of the testimony it claims is relevant to the claims in its petition, including any documents the parties offered into evidence during the hearing on the Defendant's Motion to Exclude. *See* Tex. R. App. P. 52.7.

2

Relator's supplemental appendix is due May 3, 2021. The response of the Real Party in Interest, Britton Grissom, is due ten days after Relator files a supplemental appendix.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED April 22, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.